Brian W. Brokate (BB 5830)
John Macaluso (JM 2058)
Walter-Michael Lee (WL 6353)
Gibney, Anthony & Flaherty, LLP
665 Fifth Avenue
New York, New York 10022
Telephone: (212) 688-5151
Facsimile: (212) 688-8315
Attorney for Plaintiffs

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-1-11
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

COACH, INC. and COACH SERVICES, INC.,

　　　　　　　Plaintiff,

v.

KATHLEEN A. DEPREZ both individually and doing business as WWW.KATSBAGS.BIZ; UNKNOWN WEBSITES 1-10; "JOHN DOES" 1-10; and UNKNOWN ENTITIES 1-10,

　　　　　　　Defendants.

**CASE NO.** 11 CIV 0303

**PRELIMINARY INJUNCTION**

WHEREAS, upon a review of the pleadings, moving affidavits and evidence presented by Coach, the Court makes the following findings of fact and conclusions of law:

　　A.　　Coach is the owner of, including but not limited to, the following federal trademark registrations in the U.S. Patent and Trademark Office:

| Trademark | Reg. No. | Date | Description of Goods |
|---|---|---|---|
| COACH<br>COACH | 0,751,493 | 6/23/1963 | Leather Goods-Namely, Utility Kits, Portfolios, Key Cases, Comb Cases, Pass Cases, Money Clips, Billfolds, Wallets, Pocket Secretaries, Stud Cases, Jewel Cases, and Leather Book Covers. |
| COACH | 1,071,000 | 8/09/1977 | Women's Handbags and carry-on luggage; Men's and women's belts. |

| | 1,070,999 | 8/09/1977 | Women's handbags, portfolios, toiletry travel kits and carry-on luggage pieces. |
|---|---|---|---|
| **COACH LEATHERWARE** | 1,242,098 | 6/14/1983 | Women's Handbags, Portfolios, Carry On Luggage, Clutches, Totes, Travel Kits, Cosmetic Cases, and Briefcases; Men's and Women's Belts. |
| **COACH** | 1,309,779 | 12/18/1984 | Eyeglass Cases; Checkbook Cases and Pocket Secretaries; Leather Goods-Namely, Wallets, Purses, Key Cases, Cosmetic Cases (Sold Empty), Business Card Cases, Credit Card Cases, Passport Holders, Clutches, Tote Bags, and Shoulder Bags. |
| **COACH** COACH | 1,846,801 | 7/26/1994 | Men's and women's coats and jackets. |
| | 2,035,056 | 2/4/1997 | Leather cleaning and moisturizing preparations; shoe brushes, cleaning cloths for wiping or dusting leather products |
| | 2,045,676 | 3/18/1997 | Key fobs of metal and money clips; cellular phone cases, computer cases and computer accessory cases; Desk pads,[ desk file trays, memo boxes, pencil cups], business card holders, paperweights, planning diaries, daily business planners, checkbook covers, passport covers; attaché cases, briefcases, briefcase-type portfolios, satchels, duffel bags, men's clutches, coin cases, waist pouches, [water bottle carriers,] passport covers, and identification tags for luggage, luggage, garment bags, backpacks; Picture frames, jewelry cases not of precious metal; Hats, caps and gloves. |
| **COACH** COACH | 2,074,972 | 7/1/1997 | Leather cleaning and moisturizing preparations; brushes and cleaning cloths for wiping or dusting of leather products. |
| | 2,088,707 | 8/19/1997 | Cellular phone cases, computer cases and computer accessory cases; attaché cases, briefcases, briefcase-type portfolios, handbags, satchels, tote bags, duffel bags, luggage, garment bags for travel, back packs, tie cases, men's clutches, cosmetic bags sold empty, toiletry cases sold empty, water bottle carriers and waist pouches; men's and women's belts. |
| **COACH** COACH | 2,088,706 | 9/19/1997 | key fobs of metal, metal money clips; eyeglass cases, cellular phone cases, computer cases and computer accessory cases; desk pads, desk file trays, memo boxes, pencil cups, business card holders, paperweights, planning diaries, daily business planners, checkbook covers; attaché cases, briefcases, satchels, tote bags, duffle bags, key cases and leather key fobs, men's clutches, coin cases, credit card cases, waist pouches, water bottle carriers, passport covers, cosmetic cases sold empty, toiletry cases sold empty, and identification tags for luggage, luggage, garment |

| | | | bags, back packs; picture frames, jewelry cases not of precious metal, non-metal money clips; hats, caps and gloves. |
|---|---|---|---|
| [COACH hangtag design] | 2,162,303 | 6/2/1998 | Belts. |
| [COACH design] | 2,169,808 | 6/30/1998 | Clothing for men, women and children, namely, coats, jackets, vests, shirts, overcoats, raincoats, socks, scarves, ties, suspenders, shoes, slippers, and belts. |
| COACH<br><br>COACH | 2,231,001 | 3/9/1999 | Clothing for men, women and children, namely, coats, jackets, vests, shirts, overcoats, raincoats, socks, scarves, ties, suspenders, shoes, slippers, and belts. |
| COACH<br><br>COACH | 2,291,341 | 11/9/1999 | Clocks and watches. |
| [COACH design] | 2,291,368 | 11/9/1999 | Clocks, watches and component parts thereof. |
| COACH | 2,446,607 | 4/24/2001 | Writing instruments, namely, pens and pencils. |
| COACH<br><br>COACH | 2,451,168 | 5/15/2001 | Eyeglasses. |
| [COACH design]<br><br>COACH | 2,534,429 | 1/29/2002 | Eyeglasses, eyeglass frames, sunglasses. |
| [CC design]<br><br>CC CC CC CC | 2,592,963 | 7/9/2002 | Clothing, namely, Scarves, Ties, Gloves, Belts, Caps, Hats, Shoes, [Slippers,] Coats, Jackets [and Suspenders]. |
| [CC design]<br><br>CC CC CC CC | 2,626,565 | 9/24/2002 | Handbags, Purses, Clutches, Shoulder Bags, Portfolios, Tote bags, Waist pouches, Backpacks, Cosmetic cases sold empty, Toiletry cases sold empty, Briefcases, Luggage, Garment bags, Billfolds, Wallets, Key cases, Business card cases, credit card cases, Passport holders, Identification cases, tie cases and Coin pouches. |
| [COACH design]<br><br>COACH | 2,666,744 | 12/24/2002 | Bed sheets, pillowcases, towels, comforters, duvet covers, bedspreads, dust ruffles, pillow shams, curtains, draperies, tablecloths not of paper, cloth napkins and bed blankets. |
| [CC design]<br><br>CC | 2,822,318 | 3/16/2004 | Fabric for use in the manufacture of clothing, shoes, handbags and luggage. |

| Mark | Reg. No. | Date | Goods/Services |
|---|---|---|---|
| CC (logo) | 2,822,629 | 3/16/2004 | Retail store services featuring handbags, luggage, home furnishings, stationary, jewelry, watches, small leather goods, clothing, accessories, shoes, eyewear, toys, desk accessories and pet products. |
| CC (logo) | 2,832,589 | 4/13/2004 | Candles; metal key fobs; sunglasses and eyeglass cases; watches and watch straps; jewelry, namely, necklaces, bracelets, earrings, rings; diaries and planning diaries made of leather; leather key fobs, umbrellas, dog and cat collars and leashes; clothing, namely, skirts and pants, and dogs coats. |
| (logo) | 2,832,740 | 4/13/2004 | Stuffed toy animals. |
| COACH | 2,836,172 | 4/27/2004 | Sporting Goods, namely, Golf Bags, Golf Balls, Footballs, Baseballs, Golf Tees and Ball Pouches, Golf Gloves and Glove Club Covers; Stuffed Toy Animals. |
| COACH | 2,939,127 | 4/12/2005 | Cameras and Camera Cases. |
| COACH (logo) | 2,983,654 | 8/9/2005 | Handbags and linings sold as an integral component thereof, beach tote bags, umbrellas; Beach towels, fabrics for use in making clothing, shoes and handbags; Swimwear, scarves, hats, and shoes. |
| C (logo) | 3,012,585 | 11/8/2005 | Handbags, Purses, Clutches, Shoulder Bags, Tote Bags, Waist Pouches, Cosmetic Cases Sold Empty, Toiletry Cases Sold Empty, Billfolds, Wallets, Key Cases, Business Card cases, Credit card Cases, Passport Holders, Identification Cases, Key Fobs, Coin Pouches and Umbrellas; Fabrics for use in the manufacture of clothing, shoes and handbags; Clothing, namely, Scarves, Hats, Caps and Shoes. |
| ¢ (logo) | 3,072,459 | 3/28/2006 | Leather goods, namely, key fobs, wallets, key cases, bags, travel kits, tote bags, valet trays, briefcases, messenger bags and duffel bags. |
| C (logo) | 3,149,330 | 9/26/2006 | Watches. |
| COACH / COACH | 3,157,972 | 10/17/2006 | Retail store services, on-line retail store services and catalog mail order services featuring handbags, luggage, stationary, jewelry, watches, small leather goods, clothing, accessories, shoes, eyewear, toys, desk accessories and pet products. |

| Mark | Reg. No. | Date | Goods |
|---|---|---|---|
| (logo) | 3,187,894 | 12/19/2006 | Purses, toiletry cases sold empty and handbags; leather goods, namely, luggage, billfolds, brief case type portfolios, attaché cases, wallets, pocket wallets, clutch purses, key cases; clothing, namely, coats, jackets, hats, and gloves, all of which are made of leather and/or fur. |
| (logo) COACH EST. 1941 | 3,251,315 | 6/12/2007 | Handbags; Small leather goods, namely, Key cases, Credit card cases, Billfolds and wallets, Coin cases; Jackets, Coats and Shoes. |
| (logo) COACH | 3,338,048 | 11/20/2007 | Backpacks; Billfolds; Clutch purses; Cosmetic cases sold empty; Garment bags for travel; Handbags; Key cases; Luggage; Name card cases; Purses; Shoulder bags; Toiletry cases sold empty; Tote bags; Wallets. |
| COACH COACH | 3,354,448 | 12/11/2007 | Bracelets; Earrings; Jewelry; Necklaces; Rings being jewelry. |
| (logo) COACH | 3,363,873 | 1/1/2008 | Fragrances for personal use; Lipsticks. |
| (logo) CC | 3,396,554 | 3/11/2008 | Fragrances for personal use; Lipsticks. |
| (logo) Coach est.1941 COACH EST. 1941 | 3,413,536 | 4/15/2008 | Bracelets; Earrings; Jewelry; Necklaces; Rings being jewelry; Backpacks; Billfolds; Clutch purses; Cosmetic cases sold empty; Garment bags for travel; Handbags; Key cases; Luggage; Name card cases; Purses; Shoulder bags; Toiletry cases sold empty; Tote bags; Wallets; Belts; Caps; Coats; Gloves; Hats; Jackets; Overcoats; Raincoats; Scarves; Shoes; Slippers; Ties. |
| COACH COACH | 3,439,871 | 6/3/2008 | Umbrellas. |
| (logo) COACH LEATHERWARE EST. 1941 COACH LEATHERWARE EST. 1941 | 3,441,671 | 6/3/2008 | Eyeglasses; sunglasses; Jewelry; watches; Credit card cases; garment bags for travel; handbags; leather cases; leather key cases; purses; traveling bags; umbrellas; wallets; Coats; footwear; hats; jackets; shoes. |

| Mark | Reg. No. | Reg. Date | Goods |
|---|---|---|---|
| COACH | 3,633,302 | 6/2/2009 | Body sprays; Cologne; Cosmetics; Hand lotions; Perfumes; Skin lotions; Skin moisturizer; Skin soap; Toilet soaps. |
| COACH | 3,685,590 | 9/22/09 | Bracelets; Earrings; Jewelry; Necklaces; Rings being jewelry; Watches. |
| COACH | 3,691,827 | 10/6/09 | Bracelets; Earrings; Jewelry; Necklaces; Rings being jewelry; Watches. |
| CC | 3,696,470 | 10/13/09 | Backpacks; Billfolds; Clutch purses; Cosmetic cases sold empty; Garment bags for travel; Handbags; Key cases; Luggage; Name card cases; Purses; Shoulder bags; Toiletry cases sold empty; Tote bags; Wallets; Business card cases; Credit card cases; Coin purses; Umbrellas. Fabrics for the manufacture of clothing, shoes and handbags. Belts made of leather; Headgear, namely, caps and hats; Coats; Gloves; Jackets; Overcoats; Raincoats; Scarves; Shoes; Slippers; Ties |

(Hereinafter collectively referred to as "Coach's Registered Trademarks".)

B.  Coach distributes authorized merchandise bearing Coach's Registered Trademarks in the United States.

C.  Defendants, Kathleen A. Deprez, both individually and doing business as katsbags.biz (hereinafter collectively referred to as "Defendants'") have imported, manufactured, advertised, promoted, offered for sale, sold and/or distributed merchandise using counterfeits, reproductions, copies, and/or colorable imitations of Coach's Registered Trademarks on the Internet.

D.  Defendants are not now, nor have they even been, authorized or licensed to use, reproduce, or make counterfeits, copies, reproductions, and/or colorable imitations of Coach's Registered Trademarks.

E.     Coach has a very strong probability of proving at trial that Defendants use and/or used counterfeits of Coach's Registered Trademarks in connection with the sale, offering for sale, or distribution of goods or service.

F.     Defendants have failed to appear or move in opposition to this Court's January 24, 2011 Temporary Restraining Order.

THEREFORE, it is hereby:

Defendants, her agents, servants, employees, officers, and all persons in active concert and participation with them, are preliminary enjoined from the following:

(a)   using any reproduction, counterfeit, copy, or colorable imitation of Coach's Registered Trademarks to identify any goods or the rendering of any services not authorized by Coach;

(b)   using a false description or representation including words or other symbols tending to falsely describe or represent their unauthorized goods as being those of Coach or sponsored by or associated with Coach and from offering such goods in commerce;

(c)   further infringing Coach's Registered Trademarks by manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, displaying or otherwise disposing of any products not authorized by Coach bearing any simulation, reproduction, counterfeit, copy or colorable imitation of the Coach Registered Trademarks;

(d) using any simulation, reproduction, counterfeit, copy or colorable imitation of Coach's Registered Trademarks in connection with the promotion, advertisement, display, sale, offering for sale, manufacture, production, circulation or distribution of any unauthorized products in such fashion as to relate or connect, or tend to relate or connect, such products in any way to Coach, or to any goods sold, manufactured, sponsored or approved by, or connected with Coach;

(e) making any statement or representation whatsoever, or using any false designation of origin or false description, or performing any act, which can or is likely to lead the trade or public, or individual members thereof, to believe that any services provided, products manufactured, distributed, sold or offered for sale, or rented by Defendants are in any way associated or connected with Coach, or is provided, sold, manufactured, licensed, sponsored, approved or authorized by Coach;

(f) secreting, destroying, altering, removing, or otherwise dealing with the unauthorized products or any books or records which contain any information relating to the importing, manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, or displaying of all unauthorized products which infringe Coach's Registered Trademarks; and

(g) effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of

circumventing or otherwise avoiding the prohibitions set forth in subparagraphs (a) through (g).; and it is further

ORDERED that $10,000.00 bond posted by Coach shall remain in effect until further order of this Court; and it is further

ORDERED, that in accordance with Rule 64 of the Federal Rules of Civil Procedure, 15 U.S.C. § 1116(a) and this Court's inherent equitable power to issue provisional remedies ancillary to its authority to provide final equitable relief, the order issued restraining Defendants' assets shall remain in effect as follows: Defendants and her officers, servants, employees and agents and any persons in active concert or participation with them, and any banks, savings and loan associations or other financial institutions, including without limitation PayPal accounts, Western Union accounts, IPS accounts, ECPSS accounts, or other merchant account providers, payment providers, or third party processors or for any Defendant, any of Defendants' websites or for any other website owned or controlled by Defendants, who receive actual notice of this Order, shall immediately locate all accounts connected to Defendants or Defendants' websites and be temporarily restrained and enjoined from transferring or disposing of any money, stocks or other of Defendants' assets, without prior approval of the Court, except as to a Defendant that files with the Court and serves upon Coach's counsel:

    (1)    an accounting of any of all Defendants' assets located in the United States having a value of two thousand dollars ($2,000) or more, and the location and identity thereof;

and

(2) uncontradicted documentary proof accepted by Coach, (such acceptance not to be unreasonably withheld) that particular assets are not proceeds of Defendants' counterfeiting activities, in which case those particular assets shall be released to such Defendants; and it is further

ORDERED, that this case be unsealed.

Dated: Feb. 1, 2011

11:30 a.m.

New York, NY

_____
Leonard B. Sand.
United States District Court Judge